No. 1400, Misc. EDGE v. SMITH, WARDEN; and

No. 1585, Misc. SHEPHERD v. WINGO, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1314, Misc. McDOWELL v. PAULSON, CLERK, COURT OF APPEALS. Motion for leave to file petition for writ of mandamus denied. *Solicitor General Griswold* in opposition.

No. 814. IRWIN ET UX. v. DEMPSEY-TEGELER & Co., INC. C. A. 7th Cir. Certiorari denied. *John H. Bishop* for petitioners. *Bernard Weisberg* for respondent.

No. 833. HAIRSTON v. PATE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied. *Marshall Patner* for petitioner. *William J. Scott,* Attorney General of Illinois, and *James R. Thompson, Joel M. Flaum,* and *Warren K. Smoot,* Assistant Attorneys General, for respondents.

No. 847. ACUNTO ET AL. v. UNITED STATES; and

No. 902. DINORSCIO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Philip Vitello* for petitioners in No. 847, and *Michael A. Querques* for petitioners in No. 902. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States in both cases.

No. 1084. GABLER v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. *John Powers Crowley* for petitioner.